**SO ORDERED.**
SIGNED this 2nd day of November, 2017

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TENNESSEE

**IN RE**:  Brenda Gaye Pemberton

#17-32916-SHB

**Debtor(s)**                                          **Chapter 13**

## AGREED ORDER ON EXEMPTIONS

Comes Gwendolyn M. Kerney, the Chapter 13 Trustee, and Zachary S. Burroughs, attorney for the debtor(s) and announce that the parties are in agreement, and it is hereby **ORDERED** that the time period under Bankruptcy Rules 1019 (2)(B)(i) and 4003(b) for filing objections to any property claimed exempt by the debtor(s) is extended until the debtor(s) complete all of the Chapter 13 plan payments.   If prior to the completion of the plan payments this case is converted to another chapter, the time period for filing objections to the debtor(s)' exemptions is extended until thirty (30) days after the conclusion of the meeting of creditors held in the converted case or thirty (30) days after the filing of any amendment or supplement to the list of exempt property, whichever occurs last.

# # #

APPROVED FOR ENTRY:

/s/Gwendolyn M. Kerney, w/perm. cw
GWENDOLYN M. KERNEY, #07280
Chapter 13 Trustee
PO Box 228
Knoxville, TN 37901
(865) 524-4995

/s/Zachary S. Burroughs, w/perm GMK/cw
Clark & Washington, P.C.
408 S. Northshore Drive
Knoxville, TN  37919
(865) 281-8084